CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 1 2 2016

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**OLUYOMI ADEOLU MARTINS,**
    **Petitioner,**

                                  Civil Action No. 7:15-cv-00484

**v.**                                    **ORDER**

**HAROLD W. CLARKE,**              **By:**   **Hon. Jackson L. Kiser**
    **Respondent.**                         **Senior United States District Judge**

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED** without prejudice as moot.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion

to the parties.

    **ENTER:** This ___12th___ day of April, 2016.

                                           Senior United States District Judge